IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **TERESA BENNETT,**<br>    Plaintiff,<br><br>v.<br><br>**DUKES RESTAURANT OPERATING LTD, DUKE'S RESTAURANT MGMT. G.P., L.L.C., 4180 BELT LINE LTD, K&R 4180, INC., DUKE'S BEDFORD OPERATING, LTD., S&W G.P., L.L.C., and SHOPS DUNHILL RATEL L.L.C.**<br>    Defendants. | § § § § § § § § § § § § § |  CIVIL ACTION NO. 3:10-CV-00866-L<br><br>CLASS ACTION COMPLAINT OF DISABILITY ACCOMMODATIONS DISCRIMINATION<br>ECF |

**MOTION FOR PARTIAL SUMMARY JUDGMENT**

TERESA BENNETT files this Motion for Partial Summary Judgment against Defendants DUKES RESTAURANT OPERATING LTD, DUKE'S RESTAURANT MGMT. G.P., L.L.C., 4180 BELT LINE LTD, K&R 4180, INC., DUKE'S BEDFORD OPERATING, LTD., and S&W G.P., L.L.C. pursuant to Rule 56 of the Federal Rules of Civil Procedure, and respectfully show the Court that there is no genuine issue of fact and Plaintiff is entitled to partial summary judgment as a matter of law.

**SUMMARY**

Plaintiff seeks summary judgment for her claims under the Title III of the Americans with Disabilities Act 42 U.S.C. § 12181 et seq.

The factual and legal grounds upon which Plaintiff relies, and the citations to each page of the appendix that support each assertion are contained in and are fully set forth in the Brief in Support of Motion for Partial Summary Judgment as required by Local Rule 56.3(b).

Plaintiff would respectfully show the Court that there are no genuine issues of fact and

Plaintiff is entitled to summary judgment as a matter of law.

December 15, 2010                                  Respectfully submitted,

                                                   _s/Kenneth Carden_____
                                                   **Kenneth D. Carden**
                                                   State Bar No. 03787300
                                                   The Carden Law Office, P.C.
                                                   1409 S. Lamar # 601
                                                   Dallas, TX 75215
                                                   Tel.  214.485.3535
                                                   Fax. 214.485.3536
                                                   Carden@ADALaw.com

                                                   **Palmer D. Bailey, Esq.**
                                                   State Bar No. 01533400
                                                   Law Office of Palmer Bailey, P.C.
                                                   16633 Dallas Pkwy, Suite 600
                                                   Addison, TX 75001
                                                   Tel.  972.588.1863
                                                   Fax. 214.540.7401
                                                   inlight226@aol.com

                                                   **Attorneys for Plaintiff**

**Certificate of Service**

This certifies that the foregoing Plaintiffs' Motion was forwarded to Thomas C. Barron, Attorney for Dukes Restaurant Operating Ltd, Duke's Restaurant Mgmt. G.P., L.L.C., 4180 Belt Line Ltd, K&R 4180, Inc., Duke's Bedford Operating, LTD., S&W G.P., L.L.C. through electronic filing of this motion with the District Clerk as allowed by Rule 9 of Miscellaneous Order No. 61.

                  _____s/Kenneth Carden_____
                  **Kenneth D. Carden or Palmer D. Bailey**